## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

REVA MARQUE STANTON,                                                                       PLAINTIFF
on behalf of JDS, a Minor

v.                                      No. 3:16CV00179 JLH

NETTLETON SCHOOL DISTRICT; and
BRIAN CARTER, Principal,
Nettleton High School                                                                      DEFENDANTS

## ORDER

In order to protect the privacy of JDS, a minor, Document Nos. 1 through 6 are hereby placed under seal. The Court directs the plaintiff, Reva Marque Stanton, and all other parties in the future not to use the name of the minor in any document filed in the Clerk's Office. Rather, the minor will be identified as "JDS." The Clerk will not accept for filing any document in which the name of the minor is disclosed.

For screening purposes only, the Court concludes that the amended complaint (Document #6) states a claim upon which relief may be granted against the Nettleton School District and Brian Carter. The Court has previously granted Stanton's motion for leave to proceed *in forma pauperis*. The Court therefore directs the United States Marshals Service to serve the summons, the amended complaint, and a copy of this Order upon the Nettleton School District and Brian Carter without cost to the plaintiff.

IT IS SO ORDERED this 26th day of August, 2016.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE