## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

REVA MARQUE STANTON                                                                 PLAINTIFF

v.                                    NO. 3:16CV00179 JLH

NETTLETON SCHOOL DISTRICT;
and BRIAN CARTER                                                                  DEFENDANTS

### ORDER

The Court was previously informed that this matter was settled during a settlement conference with United States Magistrate Judge Jerome Kearney. Therefore, the September 25, 2017 jury trial is removed from the Court's docket. The parties are directed to submit a motion to dismiss when the settlement is final.

IT IS SO ORDERED this 14th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE