# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

REVA MARQUE STANTON                                                                  PLAINTIFF

v.                                    NO. 3:16CV00179 JLH

NETTLETON SCHOOL DISTRICT;
and BRIAN CARTER                                                                    DEFENDANTS

## ORDER OF DISMISSAL

The Court has been informed that a settlement has been reached in this matter. Therefore, the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE